*E-filed: September 13, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ORTIZ,<br>    Plaintiff,<br>  v.<br>BANK OF AMERICA HOME LOAN RETENTION DIV.; ET AL.,<br>    Defendants. | No. C12-01131 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action on March 6, 2012 and the docket gives no indication that Plaintiff has served the summons and complaint on Defendants. And, Defendants have yet to appear in this action. Accordingly, the Initial Case Management Conference, currently set for September 18, 2012 at 1:30 p.m., has been continued to **November 13, 2012 at 1:30 p.m.** in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California.

Plaintiff is cautioned that if he fails to act, this case may be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If Plaintiff has any questions about this order, he is encouraged to contact the *Pro Se* Help Desk at 408-297-1480.

**IT IS SO ORDERED.**

Dated: September 13, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 12-01131 HRL  Notice will be mailed to:**

2 Rafael Ortiz
20240 Spence Road
3 Salinas, CA 93905

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**