*E-FILED: December 19, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ORTIZ,<br>　　　　Plaintiff,<br>　v.<br>BANK OF AMERICA HOME LOAN RETENTION DIV.; ET AL.,<br>　　　　Defendants. | No. C12-01131 HRL<br><br>**ORDER DISCHARING ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE** |

　　　Plaintiff, proceeding *pro se*, having appeared at the Order to Show Cause Re: Failure to Prosecute hearing held December 18, 2012, and having shown good cause, the Order to Show Cause is discharged. The parties shall appear for a case status conference on **January 22, 2013 at 1:30 p.m.** in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California.

　　　**IT IS SO ORDERED.**

Dated: December 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**C 12-01131 HRL Order will be mailed to:**

Rafael Ortiz
20240 Spence Road
Salinas, CA 93908