*E-FILED: March 14, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ORTIZ, | CASE NO. 5:12-cv-01131-HRL |
| Plaintiff, | The Hon. Howard R. Lloyd |
| vs. | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS COMPLAINT HEARING ON MARCH 19, 2013 |
| BANK OF AMERICA HOME LOAN RETENTION DIVISION, BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS, LP fka COUNTRYWIDE HOME LOANS SERVICING, and HARBORVIEW TRUST 2006-5, | Reservation # 1714794 |
| Defendants. | Date: March 19, 2013<br>Time: 10:00 a.m.<br>Courtroom: 5 |

1

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY

1  This request, having come before the Court via counsel for Defendants Bank of America,
2  N.A, on behalf of itself and on behalf of Bank of America Home Retention Division and as
3  successor by merger to BAC Home Loans, LP fka Countrywide Home Loans Servicing, LP, and
4  Harborview Trust 2006-5 ("Defendants"), seeking leave to appear telephonically for hearing on
5  Defendants' Motion to Dismiss Plaintiff's Complaint (the "Motion") that is currently scheduled for
6  March 19, 2013, at 10:00 a.m., and good cause showing therefor;

7  IT IS HEREBY ORDERED THAT:

8  Defendants' request to appear telephonically at the hearing on their Motion to Dismiss
9  Plaintiffs' First Amended Complaint scheduled for ~~October 16, 2012, at 2:00 p.m.~~ March 19, 2013 at 10:00 a.m. is hereby
10 GRANTED.

11 Counsel for Defendants will arrange the telephonic appearance via CourtCall, and, if needed,
12 is available to be contacted by the Court at (310) 315-8276.

13 IT IS SO ORDERED.

DATED: March 14, 2013

_____
Honorable Howard R. Lloyd, U.S.M.J.

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY